**Order filed September 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00549-CR

_____

## GLENN LLOYD KINGHAM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. MD-0338715**

## ORDER

No clerk's record or reporter's record has been filed in this case. The clerk and court reporter informed this court that appellant had not made arrangements for payment for the clerk's record or reporter's record. *See* Tex. R. App. P. 35.3(c). On August 12, 2014, we abated this appeal for a hearing in the trial court to determine if appellant is entitled to proceed without the payment of costs. *See* Tex. R. App. P. 37.3(b), (c)(2(B).

A hearing was held August 22, 2014, and a record of that hearing has been filed in this court. The record reflects the trial court found appellant is not entitled to proceed without payment of costs. Rule 37.3(b) of the Rules of Appellate Procedure provides:

> *If No Clerk's Record Filed Due to Appellant's Fault.* If the trial court clerk failed to file the clerk's record because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may--on a party's motion or its own initiative--dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. The court must give the appellant a reasonable opportunity to cure before dismissal.

Accordingly, appellant is ordered to provide this court with proof of payment for the clerk's record within 30 days of the date of this order or this court may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM